In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-485 CR


____________________



DOYLE JOHNSON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 05-05-04202-CR






 MEMORANDUM OPINION


 On June 27, 2007, we received a suggestion of death and a copy of a death certificate,
certifying that the appellant, Doyle Johnson, died on May 20, 2007. Because the death
occurred after Johnson perfected appeal and before we issued our mandate, the appeal must
be permanently abated. Tex. R. App. P. 7.1(a)(2). Accordingly, the appeal is permanently
abated. 

 APPEAL ABATED.

 

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered July 11, 2007 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.